UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BASHORE, | : |
| | : CIVIL ACTION NO. 3:18-CV-425 |
| Plaintiff, | : (JUDGE MARIANI) |
| v. | : |
| POCONO MOUNTAIN REGIONAL POLICE COMMISSION, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 23rd DAY OF MARCH 2020**, upon consideration of the Motion for Sanctions of Defendant Pocono Mountain Regional Police Commission Against Plaintiff Robert Bashore and Request for Hearing (Doc. 30) and all relevant documents, **IT IS HEREBY ORDERED** that the Motion for Sanctions of Defendant Pocono Mountain Regional Police Commission Against Plaintiff Robert Bashore and Request for Hearing (Doc. 30) is **DENIED**.

    _s/ Robert D. Mariani_____
Robert D. Mariani
United States District Judge