# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT BASHORE,** | : |
| | : CIVIL ACTION NO. 3:18-CV-425 |
| **Plaintiff,** | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| **POCONO MOUNTAIN REGIONAL** | : |
| **POLICE COMMISSION, et al.,** | : |
| | : |
| **Defendants.** | : |

## ORDER

**AND NOW, THIS** \_\_13th\_\_ **DAY OF AUGUST 2021**, upon consideration of Plaintiff's Motion in Limine to Preclude Defendants from Introducing Evidence and/or Testimony Regarding an Alleged "Unwritten Policy" Requiring an 80% Minimum Passing Score for Weapons Qualification (Doc. 57) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion (Doc. 57) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge