THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT BASHORE,

   Plaintiff,

v.

POCONO MOUNTAIN REGIONAL
POLICE COMMISSION, et al.,

   Defendants.

: CIVIL ACTION NO. 3:18-CV-425
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 13th DAY OF AUGUST 2021, upon consideration of Defendant's Motion in Limine to Bar Evidence of Other Separations of Employment and Irrelevant Events to Plaintiff's Termination (Doc. 61) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant PMRPC's motion (Doc. 61) is **DENIED WITHOUT PREJUDICE**.

                Robert D. Mariani
                United States District Judge