THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT BASHORE,

   Plaintiff,

v.

POCONO MOUNTAIN REGIONAL
POLICE COMMISSION, et al.,

   Defendants.

: CIVIL ACTION NO. 3:18-CV-425
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS **13th** DAY OF AUGUST 2021, upon consideration of the Motion in Limine of Defendants Relative to Improper and Unsupported Damages (Doc. 63) filed by Defendant PMRPC and all relevant documents, for the reasons discussed in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion in Limine of Defendants Relative to Improper and Unsupported Damages (Doc. 63) is **GRANTED IN PART** and **DENIED IN PART**.

2. The motion is **GRANTED** as it pertains to compensatory and punitive damages.

3. The motion is **DENIED** as it pertains to liquidated damages:

    a. The motion is **DENIED WITH PREJUDICE** as to Defendant PMRPC's request to preclude Plaintiff from referencing liquidated damages in the pre-evidentiary phases of the trial, i.e., during jury selection and opening statements;

b. The motion is otherwise **DENIED WITHOUT PREJUDICE**.

_____
Robert D. Mariani
United States District Judge