THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT BASHORE,** | : |
| | : CIVIL ACTION NO. 3:18-CV-425 |
| **Plaintiff,** | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| **POCONO MOUNTAIN REGIONAL** | : |
| **POLICE COMMISSION, et al.,** | : |
| | : |
| **Defendants.** | : |

### ORDER

**AND NOW, THIS** \_\_\_13TH\_\_\_ **DAY OF AUGUST 2021**, upon consideration of Defendant's Motion in Limine to Bar Evidence Regarding Administrative Workers Compensation Proceedings and Dismissed Claims and Motion for Limiting Instruction (Doc. 65) filed by Defendant PMRPC and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion in Limine to Bar Evidence Regarding Administrative Workers Compensation Proceedings and Dismissed Claims and Motion for Limiting Instruction (Doc. 65) filed by Defendant PMRPC is **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART**;

2. The motion is **GRANTED** insofar as Plaintiff is precluded from presenting evidence related to his wrongful discharge claim;

3. The motion is **DENIED WITHOUT PREJUDICE** in all other respects.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge