# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT BASHORE,** | : |
| | : CIVIL ACTION NO. 3:18-CV-425 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| **POCONO MOUNTAIN REGIONAL** | : |
| **POLICE COMMISSION, et al.,** | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS** _17th_ **DAY OF AUGUST 2021**, upon consideration of the Motion in Limine of Defendant, Pocono Mountain Regional Police Officers Association ("Association") (Doc. 69) and all relevant documents, for the reasons set forth in the separately filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Motion in Limine of Defendant, Pocono Mountain Regional Police Officers Association ("Association") (Doc. 69) is **DENIED**.

Robert D. Mariani
United States District Judge